IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02660-MSK-MEH

MRS. COLORADO-AMERICA, INC., a Colorado corporation,

    Plaintiff,

v.

MRS. COLORADO UNITED STATES PAGEANT,
LONNIE GIBSON, an individual, and
MRS. UNITED STATES NATIONAL PAGEANT, INC., a New York corporation,

    Defendants.

_____

## ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT FILED BY DEFENDANT LONNIE GIBSON
_____

This matter comes before the Court on Defendant Lonnie Gibson's Stipulation for Extension of Time to Respond to Complaint **(#15)**, which the Court deems as a Motion for extension of time. The Court has reviewed the Motion and being fully advised thereon, hereby orders that the Motion is GRANTED. Defendant Lonnie Gibson shall have until March 3, 2006 in which to answer or otherwise respond to the Complaint. **No further extensions will be granted.**

DATED this 21st day of February 2006.

                                    **BY THE COURT:**

                                    Marcia S. Krieger
                                    United States District Judge