IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02660-MSK-MEH

MRS. COLORADO–AMERICA, INC.,
a Colorado corporation,

     Plaintiff,

vs.

MRS. COLORADO UNITED STATES PAGEANT,
LONNIE GIBSON, an individual, and
MRS. UNITED STATES NATIONAL PAGEANT, INC., a New York corporation,

     Defendants.

## MINUTE ORDER GRANTING MOTION FOR PROTECTIVE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 14, 2006.**

     The parties' Joint Motion for Entry of Stipulated Protective Order [Filed June 8, 2006; Docket #39] is **granted.** The Stipulated Protective Order shall issue separately.