IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02660-MSK-MEH

MRS. COLORADO–AMERICA, INC.,
a Colorado corporation,

      Plaintiff,

vs.

MRS. COLORADO UNITED STATES PAGEANT,
LONNIE GIBSON, an individual, and
MRS. UNITED STATES NATIONAL PAGEANT, INC., a New York corporation,

      Defendants.

## MINUTE ORDER GRANTING STAY OF DISCOVERY
## AND SETTING TELEPHONIC STATUS CONFERENCE

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 11, 2006.**

      For good cause shown, the Unopposed Motion for Suspension of Discovery [Filed August 10, 2006; Docket #47] is **granted.** All discovery in this matter is **stayed** up to and including September 11, 2006. If the parties have not achieved settlement by September 11, 2006, the parties shall file the appropriate motion(s) to reschedule discovery and any other relevant deadlines as necessary in the case.

      Additionally, a telephonic status conference is set in this matter for August 24, 2006, at 9:15 a.m. The conference will be brief, and is set to allow the parties the opportunity to advise the Court of the progress of settlement negotiations. Counsel for the Plaintiff shall initiate the conference call, with Chambers being conferenced into the call when everyone else who is participating is on the line. Chambers can be reached at (303) 844-4507.