IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 05-cv-02660-MSK-MEH | Date: February 2, 2007 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A601** |

| | |
|---|---|
| MRS. COLORADO – AMERICA, INC.; | Otto Hilbert |
| Plaintiff(s); | |
| vs. | |
| LONNIE GIBSON, Mrs. Colorado United States Pageant, an individual;<br>MRS. UNITED STATES NATIONAL PAGEANT, INC.; and<br>MRS. COLORADO UNITED STATES PAGEANT; | Kurt Lewis |
| Defendant(s). | |

### COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC MOTION HEARING**

**Court in session:**   3:33 P.m.

Court calls case. Appearances of counsel by telephone.

Opening statements by the Court.

Argument and discussion regarding Defendant Mrs. United States National Pageant, Inc.'s Motion for Protective Order (Doc. #61, filed 2/1/07).

**ORDERED:**   Defendant Mrs. United States National Pageant, Inc.'s Motion for Protective Order (Doc. #61, filed 2/1/07) is GRANTED in part and DENIED in part as stated on the record.

**Court in recess:**   3:44 p.m.   (Hearing concluded)
**Total time in court:**   0:11