**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:  Patricia Glover                     Date: June 12, 2007
Court Reporter:    Paul Zuckerman

Civil Action No. 05-cv-02660-MSK-MEH

| *Parties*: | *Counsel Appearing:* |
|---|---|
| MRS. COLORADO-AMERICA, INC., | Zacchary Mugge |
|  | Otto Hilbert |
| Plaintiff, |  |
| v. |  |
| MRS. UNITED STATES NATIONAL PAGEANT, INC., | Kurt Lewis |
| LONNIE GIBSON, and |  |
| MRS. COLORADO UNITED STATES PAGEANT, |  |
| Defendants. |  |

## COURTROOM MINUTES

HEARING:     Final Pretrial Conference.

**8:38 a.m.     Court in session.**

Counsel for plaintiff and their client representatives are present. Counsel for defendant and client representative Lonnie Gibson are present. Isabella Ilaqua is present by telephone.

**ORDER:**     Plaintiff's Motion for Leave to Appear by Telephone **(Doc. #106)** is **GRANTED.**

**PENDING MOTIONS**.   **#72, 77, 87, 95, 106, 107.**

**ORDER:**     Second Motion to Dismiss Counterclaims of Mrs. United States National Pageant, Inc. **(Doc. #72)** is **GRANTED.**  The defendants' cancellation counterclaim is dismissed without prejudice and the defendants' request for exemplary damages in its counterclaim is stricken. The Court defers ruling on whether defendants can seek exemplary damages until the time of trial.

**ORDER:**     Motion for Summary Judgment **(Doc. #77)** is **DENIED** without prejudice.

**ORDER:**     Joint Motion to Withdraw and Replace Exhibit 8 to Defendant's Motion for Summary Judgment **(Doc. #87)** is **GRANTED.**

Courtroom Minutes
Judge Marcia S. Krieger
Page Two

Motion to Compel Defendants' Discovery Responses **(Doc. #95)** is referred to Magistrate Judge Hegarty.

Defendants' Motion to Strike Late Filed Disclosures **(Doc. #107)** will be referred to Magistrate Judge Hegarty.

Review of the proposed final pretrial order. The Court will not sign the proposed final pretrial order for the reasons stated  The Court addresses the deficiencies in the final proposed pretrial order.

The Court addresses the trial process and any questions from counsel.

No objection to the jurors taking notes.

**ORDER:**   Pertinent to trial process: Time will be divided equally between the parties. The Courtroom Deputy will use the chess clock to track time. Opening statements will be 15 minutes; closing arguments will be 30 minutes.

**ORDER**:   Revised final pretrial order to be submitted  by **June 15, 2007.**

Revised witness and exhibit lists to be filed by **June 15, 2007**.

Motions in Limine to be filed by **June 15, 2007**.

Proposed voir dire and jury instructions will be filed by **June 15, 2007.**

Continued Final Pretrial Conference is set for **June 22, 2007, at 9:30 a.m.**, in Courtroom A901, 901 19th Street, Denver Colorado.

**9:53 a.m.**   **Court in recess.**

**Total Time:   1 hour 15 minutes.**
**Hearing continued.**