IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02660-MSK-MEH

MRS. COLORADO–AMERICA, INC., a Colorado corporation,

    Plaintiff,

v.

MRS. COLORADO UNITED STATES PAGEANT,
LONNIE GIBSON, an individual, and
MRS. UNITED STATES NATIONAL PAGEANT, INC., a New York corporation,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 15, 2007.**

    The parties' Stipulation to Withdraw Plaintiff's Motion to Compel and Defendants' Motion to Strike Disclosures [Filed June 14, 2007; Docket #116] is **granted**.

    Plaintiff's Motion to Compel [Docket #95] and Defendants' Motion to Strike Disclosures [Docket #107] are deemed **withdrawn** and hereby **terminated** as pending motions.