**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover                     Date:   July 27, 2007
Court Reporter:        Paul Zuckerman

Civil Action No. 05-cv-02660-MSK-MEH

| *Parties*: | *Counsel Appearing:* |
|---|---|
| MRS. COLORADO-AMERICA, INC. | Zachary Mugge |
|  | Otto Hilbert |
| Plaintiff, |  |
| v. |  |
| MRS. UNITED STATES NATIONAL PAGEANT, INC., | Benson Lee |
| LONNIE GIBSON, and |  |
| MRS. COLORADO UNITED STATES PAGEANT, |  |
| Defendants. |  |

**COURTROOM MINUTES**

HEARING:   Continued Final Pretrial Conference.

**8:44 a.m.        Court in session.**

Parties are all present. Defendant Lonnie Gibson is *pro se.*

**ORDER:**   Motion for Extension of Time **(Doc. #127)** is **DENIED** as moot.

**ORDER:**   Stipulated Motion to Withdraw Jury Demand **(Doc. #115)** is **GRANTED.**

Bench trial is set for October 29, 2007, 5 days at 1:30 p.m.. The Court advises counsel that the trial will proceed as scheduled.

The Court advises counsel to reassess the amount of time necessary for trial in light of comments with regard to the witness and exhibit lists and proposed final pretrial order.

Review of the proposed final pretrial order - matters addressed:

>Claims
>Defenses
>Witness List

Courtroom Minutes
Judge Marcia S. Krieger
Page Two

>Exhibit List
>Anticipated motions
>Trial length, trial process, technology training, evidentiary issues and any questions posed by counsel.

**ORDER**: Revised final pretrial order to be submitted by **August 10, 2007**.

**ORDER:** Revised witness and exhibit lists to be submitted by **August 10, 2007.**

If the parties are interested in pursuing settlement, they shall obtain a settlement hearing date from the magistrate judge assigned to this case.

**9:06 a.m**     **Court in recess.**

**Total Time:   22 minutes.**
**Hearing concluded.**