IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02660-MSK-MEH

MRS. COLORADO-AMERICA, INC., a Colorado corporation,

    Plaintiff,

v.

MRS. COLORADO UNITED STATES PAGEANT,
LONNIE GIBSON, an individual, and
MRS. UNITED STATES NATIONAL PAGEANT, INC., a New York corporation,

    Defendants.

_____

## ORDER APPROVING REVISED PROPOSED FINAL PRETRIAL ORDER
_____

**THIS MATTER** comes before the Court pursuant to the parties' Revised Proposed Pretrial Order **(# 143)**. The order is **APPROVED** as tendered in Docket # 143 and is deemed signed by the Court as of this date.

Dated this 29th day of October, 2007

                **BY THE COURT:**

                */s/ Marcia S. Krieger*
                _____

                Marcia S. Krieger
                United States District Judge