### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:  Patricia Glover          Date: October 29, 2007
Court Reporter:    Paul Zuckerman

Criminal Action No. 05-cv-02660-MSK-MEH

*Parties*:                                  *Counsel Appearing*:

MRS. COLORADO-AMERICA, INC., a              Otto Hilbert
Colorado corporation,                       Zachary Mugge

               Plaintiff,

v.

MRS. COLORADO UNITED STATES                 Benson Lee
PAGEANT,
LONNIE GIBSON, an individual, and
MRS. UNITED STATES NATIONAL
PAGEANT, INC., a New York corporation,

               Defendants.

### COURTROOM MINUTES

HEARING:   Bench Trial - Day One

**1:42 p.m.     Court in session**

The Court addresses preliminary matters with counsel.

Plaintiff's Motion to Strike (Doc. #146) is withdrawn.

**ORDER:**   Plaintiff's Motion to AmendCorrect/Modify Trial Exhibit List (Doc. #151) is **DENIED.**

Plaintiff requests sequestration of witnesses. Defendants do not object.

**ORDER:**   A sequestration is entered and posted.

Plaintiff's opening statement by Mr. Hilbert.

Defendants' opening statement by Mr. Benson.

**3:04 p.m.     Court in recess**
**3:35 p.m.     Court in session**

**Witness sworn for the plaintiff :Tricia Dampier:**
**3:38 p.m.**     Direct Examination by Mr. Mugge.

 **EXHIBITS:   Received:     10, 6, 11J, 1, 2, 3, 83, 7**

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

**4:52 p.m.        Court in recess**

**Total Time:    2 hours 39 minutes**
**Trial continued.**